JUNE 14, 1945

**No. 50356.—** —Protest 35522–K of T. A. Desmond & Co., Inc. Plaintiff's application for rehearing granted.